NICHOLAS STREET, ESQ. – SBN 249156
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
Bank of America Building
1430 Truxtun Avenue, Suite 900
Bakersfield, CA  93301-5230
Tel: (661) 322-6023   Fax: (661) 322-3508

Attorneys for Defendant,
RICHLAND SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| JESUS VASQUEZ, by and through Guardian ad Litem, Christina Garcia<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND SCHOOL DISTRICT, PAUL MARTINEZ and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 1:19-CV-00327-LJO-JLT<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br>**(Doc. 5)** |

Plaintiff JESUS VASQUEZ ("Plaintiff") and Defendant RICHLAND SCHOOL DISTRICT ("Defendant Richland") hereby stipulate – and request – to continue the Mandatory Scheduling Conference from its current setting of June 10, 2019 to July 1, 2019 or any dates thereafter that the Court is available as follows:

WHEREAS, Plaintiff filed his initial Complaint ("Initial Complaint") in this matter on March 12, 2019;

WHEREAS, Plaintiff served his Initial Complaint on Defendant Richland on or about April 5, 2019, making Defendant Richland's response to the Initial Complaint due on or before April 26, 2019;

///

1

STIPULATION (AND REQUEST) TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER

1     WHEREAS, as of the date of this filing, despite reasonable and good faith efforts, Plaintiff has
2 been unable to effectuate service on Defendant PAUL MARTINEZ ("Defendant Martinez");

3     WHEREAS, during Defendant Richland's review of the Initial Complaint, problems were noted,
4 including the assertion of an untenable claim against Defendant Richland and an improper prayer for
5 punitive damages against Defendant Richland;

6     WHEREAS, counsel for Plaintiff and Defendant met and conferred in an attempt to informally
7 resolve the issues with the Initial Complaint;

8     WHEREAS, following the meet and confer, Plaintiff's counsel agreed to file an amended
9 Complaint ("First Amended Complaint") to correct the issues – by removing the untenable claim and
10 improper prayer – but also to add a new claim against Defendant Richland. Plaintiff's Counsel has agreed
11 to file the First Amended Complaint on or before April 26, 2019;

12     WHEREAS, after the First Amended Complaint has been filed, counsel for Plaintiff will (again)
13 attempt to effectuate service of the First Amended Complaint on Defendant PAUL MARINTEZ.
14 Defendant Richland has agreed to accept service of the First Amended Complaint by mail.

15     WHEREAS, since Plaintiff is going to add a new claim against Defendant Richland in the First
16 Amended Complaint, the parties stipulate (and request) that Defendant Richland be allowed 21 days to
17 file its response to the First Amended Complaint (after mail service);

18     WHEREAS, the Mandatory Scheduling Conference in this matter is currently scheduled to take
19 place on June 10, 2019; and,

20     WHEREAS, counsel for Defendant is currently scheduled to be out-of-state on June 10, 2019 for
21 a pre-paid family vacation with non-refundable flight tickets.

22     WHEREAS, in light of the above, the parties stipulate and request that the Mandatory Scheduling
23 Conference be continued from its current setting on June 10, 2019 at 8:30 a.m. to July 1, 2019 at 8:30 a.m.,
24 or any date/time thereafter that the Court is available.

25 ///
26 ///

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that (1) Defendant Richland be allowed 21 days to file its response to Plaintiff's First Amended Complaint (after mail service); and, (2) that the Mandatory Scheduling Conference be continued from its current setting on June 10, 2019 at 8:30 a.m. to July 1, 2019 at 8:30 a.m., or any date/time thereafter that the Court is available.

DATED: April 25, 2019                CLIFFORD & BROWN

By /s/ Nicholas J. Street, Esq.
NICHOLAS J. STREET, ESQ.
Attorneys for Defendant,
RICHLAND SCHOOL DISTRICT

DATED: April 25, 2019                GALANTE LAW, INC.

By /s/ Ben J. Galante, Esq.
BEN J. GALANTE, ESQ.
Attorneys for Plaintiff,
JESUS VASQUEZ

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. Plaintiff SHALL file his first amended complaint, no later than April 3, 2019;

2. Richland School District SHALL file a responsive pleading within 21 days of service by mail;

3. The Mandatory Scheduling Conference in the above-referenced matter, presently scheduled for June 10, 2019 at 8:30 a.m. is continued to July 1, 2019 at 9:15 a.m.

IT IS SO ORDERED.

Dated: **April 25, 2019**          **/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE