**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS VASQUEZ[1], <br><br>        Plaintiff, <br><br>    v. <br><br>RICHLAND SCHOOL DISTRICT, et al., <br><br>        Defendants. | Case No.: 1:19-cv-0327 - JLT <br><br> ORDER DIRECTING PLAINTIFF FILE A MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM OR TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR LACK OF CAPACITY TO SUE |

The plaintiff asserts that his fifth-grade teacher engaged in inappropriate and violent conduct. He asserts the defendants violated his civil rights under federal and state law and are liable for related torts under state law. (*See* Doc. 1; Doc. 6) Because the plaintiff is a minor, he is unable to prosecute the claims presented in the complaint and his claims may only be brought "by a next friend or a guardian ad litem." See Fed. R. Civ. P. 17(c)(2). In addition, pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)).

---

[1] The parties are reminded of Local Rule 140(a)(i) and the fact that the Court does not engage in sua sponte sealing or redacting (L.R. 140(e)).

1

The Court's review of the docket reveals Plaintiff has not requested appointment of a guardian ad litem, there is no evidence identified of the formal appointment of a representative for the minor child, and there is no allegation in the complaint that such an appointment is not necessary. To the contrary, Plaintiff indicated that he would proceed through a guardian ad litem (Doc. 6 at 1), Christina Garcia, but Ms. Garcia has not sought appointment.

Accordingly, the Court **ORDERS**: Plaintiff **SHALL** file a motion for the appointment of Christina Garcia as his guardian ad litem **no later than October 24, 2019** or show cause why this action should not be dismissed for lack of capacity to sue.

IT IS SO ORDERED.

Dated: **October 17, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE