| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHLAND SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | **ORDER REASSIGNING THE ACTION**<br><br>Former Case No.: 1:19-cv-0327- LJO - JLT<br><br>**New Case No.: 1:19-cv-0327-JLT** |

In the "Joint Discovery Plan" filed by the parties on October 11, 2019, all parties indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc. 22 at 16)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings. All further papers filed in this action shall bear the new case number: **1:19-cv-0327-JLT**.

IT IS SO ORDERED.

Dated: __October 17, 2019__　　　　　　　___/s/ Lawrence J. O'Neill___
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1