1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **EASTERN DISTRICT OF CALIFORNIA**
10

11   JESUS VASQUEZ,                          **Case No.:**  1:19-cv-00327-JLT

12              Plaintiff,                   **ORDER GRANTING STIPULATION TO**
                                             **AMEND THE CASE SCHEDULE**
13         vs.                               (Doc. 31)

14   RICHLAND SCHOOL DISTRICT; et al.,

15              Defendants.

16

17         Though the Court will grant this stipulation, counsel are advised to investigate and employ

18   alternatives to in-person depositions and other traditional means of discovery.  The parties must anticipate

19   that these traditional discovery means may not be available for quite some time and, even still, the case

20   move the case forward. Thus, the Court **ORDERS** the case schedule amended as follows:

21         1.    The parties SHALL complete non-expert discovery no later than November 2, 2020;

22         2.    The parties SHALL complete expert discovery no later than November 2, 2020;

23         3.    The parties SHALL file non-dispositive motions, if any, no later than January 18, 2021. Any

24   such motions SHALL be heard no later than February 16, 2021;

25         4.    The parties SHALL file dispositive motions, if any, no later than January 18, 2021. Any such

26   motions SHALL be heard no later than February 16, 2021;

27         5.    The pre-trial conference in CONTINUED to March 29, 2021;

28

1    6.    The trial is CONTINUED to May 10, 2021.

2

3   IT IS SO ORDERED.

4    Dated:   **May 13, 2020**            **/s/ Jennifer L. Thurston**

5                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**