NICHOLAS STREET, ESQ. – SBN 249156
ZIMMER & MELTON, LLP
11601 Bolthouse Drive, Suite 100
Bakersfield, California 93311
Telephone: (661) 463-6700
Facsimile: (661) 501-4221
Email: nstreet@zimmermelton.com

Attorneys for Defendant,
RICHLAND SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VASQUEZ, by and through his Guardian Ad Litem, Christina Garcia,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND SCHOOL DISTRICT; PAUL MARTINEZ and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No.: 1:19-cv-00327-LJO-JLT<br><br>**STIPULATION FOR ORDER TO OBTAIN COPY OF POLICE REPORT FROM THE SHAFTER POLICE DEPARTMENT, INCLUDING COPIES OF PHOTOGRAPHS AND RECORDED AUDIO STATEMENTS; [~~PROPOSED~~] ORDER**<br><br>**(Doc. 40)** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The parties, Plaintiff JESUS VASQUEZ, a minor by and through his guardian ad litem, Christina Garcia (collectively "Plaintiff"), Defendant RICHLAND SCHOOL DISTRICT ("Richland"), and Defendant PAUL MARTINEZ ("Martinez," collectively "Defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

///

///

///

WHEREAS, the alleged incident that is the subject of this lawsuit occurred on

September 19, 2017 at Redwood Elementary School (which is within the Richland School District). Plaintiff alleges in the operative Complaint that his then teacher, Martinez, among other things, engaged in inappropriate physical contact with Plaintiff;

WHEREAS, on or about September 19, 2017, Plaintiff (accompanied by his step-father) reported the subject incident to the Shafter Police Department.  As part of the Shafter Police Department's investigation into Plaintiff's claims, the investigating officer took a number of photographs of Plaintiff's upper back/neck and also obtained a number of recorded audio statements of Plaintiff and various other witnesses;

WHEREAS, the parties each separately contacted the Shafter Police Department and requested copies of the police report (Shafter Police Department Report No. 17-2043), as well as copies of the photographs taken of Plaintiff's upper back/neck and the recorded audio statements referenced in the report;

WHEREAS, the Shafter Police Department, by and through it attorneys, produced a redacted version of the police report; however, refused to produce the photographs and any of the recorded audio statements, citing Kern County Superior Court Standing Order 2012-06 which provides, in pertinent part (in a footnote), that "neither video nor audiotapes of forensic interviews shall be copied without a Juvenile Court order specifying the tape or tapes that may be copied."  A true and correct copy of Kern County Superior Court Standing Order 2012-06 is attached hereto as Exhibit "A;"

WHEREAS, the parties are informed and believe that the Kern County Superior Court Standing Order does not apply to this situation as (1) there is no action pending in Juvenile Court involving Plaintiff as a result of the subject incident; (2) Plaintiff has not been declared "a ward of the Juvenile Court;" and, (3) the records at issue do not pertain to "matters within the jurisdiction of the Juvenile Court pursuant to Section 601 or 602 of the Welfare and Institutions Code" (See Section III.B of Standing Order 2012-06).  Nevertheless, counsel for the Shafter Police Department has taken the position that the photographs and recorded audio statements will "not be released *without a specific order from the Court*;"

WHEREAS, the photographs and recorded audio statements referenced in Shafter

1  Police Department Report No. 17-2043 are material and critical pieces of evidence in this
2  matter which cannot be obtained by other means.  The photographs taken by the Shafter Police
3  Department are the only available photographs of Plaintiff's neck following the alleged
4  incident and the recorded audio statements, including of Plaintiff, provide the earliest recorded
5  account from Plaintiff of what took place;

6  WHEREAS, Plaintiff, by and through his Guardian Ad Litem and attorney of record,
7  consent to the release of the photographs and recorded audio statements referenced in Shafter
8  Police Department Report No. 17-2043;

9  WHEREAS, on August 25, 2020, this Court signed a Stipulated Protective Order
10 ("Protective Order") which, in part, addresses the handling of case documents deemed
11 confidential and/or private; and,

12 WHEREAS, the parties stipulate and agree that the photographs and recorded audio
13 statements referenced in Shafter Police Department Report No. 17-2043, once produced, be
14 treated as "Confidential Records" under the Protective Order.

15 BASED ON THE FOREGOING, THE PARTIES STIPULATE AND REQUEST that
16 this Court issue an Order directing the Shafter Police Department to release the photographs
17 and recorded audio statements referenced in Shafter Police Department Report No. 17-2043 to
18 the parties in this action – with the understanding that said documents and recorded statements
19 will be treated as "Confidential Records" under the existing Protective Order.

[SIGNATURES CONTINUED ON NEXT PAGE]

**SIGNATURE CERTIFICATION**

---

1
STIPULATION FOR ORDER TO OBTAIN COPY OF POLICE REPORT FROM THE SHAFTER POLICE DEPARTMENT,
INCLUDING COPIES OF PHOTOGRAPHS AND RECORDED AUDIO STATEMENTS; [PROPOSED] ORDER

1  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and
2  Procedures Manual, I hereby certify that the content of this document is acceptable to each
3  parties' respective legal counsel and that I have obtained their authorizations to affix their
4  electronic signatures to this document.

5
6  DATED: September 17, 2020              **ZIMMER & MELTON, LLP**
7
8                                         By  */s/ Nicholas J. Street*
                                               Nicholas J. Street, Esq.
9                                              Attorneys for Defendant,
                                               RICHLAND SCHOOL DISTRICT
10

11 DATED: September 17, 2020              **GALANTE LAW, INC.**
12
13                                        By  */s/ Ben J. Galante*
                                               Ben J. Galante, Esq.
14                                             Attorneys for Plaintiff,
                                               JESUS VASQUEZ, by and through his
15                                             Guardian Ad Litem, Christina Garcia
16

17 DATED: September 17, 2020              **SETHI LAW FIRM**
18
19                                        By  */s/ Rahul Sethi*
                                               Rahul Sethi, Esq.
20                                             Attorneys for Plaintiff,
                                               JESUS VASQUEZ, by and through his
21                                             Guardian Ad Litem, Christina Garcia
22

23 DATED: September 17, 2020              **HAGAN LAW GROUP, LLP**
24
25                                        By  */s/ William A. Bruce*
                                               William A. Bruce, Esq.
26                                             Attorneys for Defendant,
                                               PAUL MARTINEZ
27
28

# ORDER

The Court **ORDERS**:

1. The Shafter Police Department to produce all photographs and recorded audio statements referenced in Shafter Police Department Report No. 17-2043 to the named parties in this action (namely, Plaintiff JESUS VASQUEZ, by and through his guardian ad litem, Christina Garcia, Defendant RICHLAND SCHOOL DISTRICT, and Defendant PAUL MARTINEZ; collectively "parties");

2. Any and all records, photographs and/or audio/video recordings produced by the Shafter Police Department pursuant to this Order shall be treated as "Confidential Records" under the existing Protective Order issued by this Court on August 25, 2020.

IT IS SO ORDERED.

Dated: **September 17, 2020**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE