UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VASQUEZ, by and through his Guardian Ad Litem, Christina Garcia,<br><br>                Plaintiff,<br><br>       vs.<br><br>RICHLAND SCHOOL DISTRICT; PAUL MARTINEZ and DOES 1 TO 10, inclusive,<br><br>                Defendants. | Case No.:  1:19-cv-00327-LJO-JLT<br><br>**ORDER AFTER INFORMAL TELEPHONE CONFERENCE RE DISCOVERY DISPUTE**<br><br>**(Doc. 42)** |

At the request of plaintiff's counsel, the Court held an informal discovery conference (Doc. 42). At the conference, counsel agreed that the Court would issue an order to the Shafter Police Department to obtain the identity of the witness to the events at issue in this case. The rationale behind this agreement was that the identities of the witnesses could not be disclosed by the District due to prohibitions placed by California's Education Code and District policies, and the police report would serve the need of the plaintiff to discover the case.

///

///

///

1

    Counsel also agreed they would submit a stipulation to adjust the expert discovery deadlines to allow them to preserve resources until after they complete mediation on October 19, 2020.

IT IS SO ORDERED.

Dated: **September 29, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE