**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS VASQUEZ, by and through his Guardian Ad Litem, Christina Garcia,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND SCHOOL DISTRICT; PAUL MARTINEZ and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No.: 1:19-cv-00327-LJO-JLT<br><br>**ORDER TO THE SHAFTER POLICE DEPARTMENT TO PRODUCE AN UNREDACTED COPY OF THE ENTIRE POLICE REPORT**<br><br>**(Doc. 40)** |

Based upon a demonstrated need for the identification of witnesses and the inability to discover this information through other means, the Court **ORDERS**:

1. **Within ten days of service of this order**, the Shafter Police Department **SHALL** produce an unredacted copy of Shafter Police Department Report No. 17-2043 to the named parties in this action through their counsel. Specifically, the report **SHALL** be produced to:

    a.    Ben Galante
           Galante Law, Inc.
           2181 E. Foothill Blvd, Suite 101
           Pasadena, CA 91107
           (213) 785 -1900

///

1

  b. Nicholas Street
   Zimmer & Melton
   11601 Bolthouse Drive, Suite 100
   Bakersfield, CA 93311
   (661) 501-4206

  c. William Bruce
   Hagan Law Group LLP
   2031 F Street
   Bakersfield, CA 93301
   (661) 215-4980

Photocopying costs, if any, SHALL be paid by the parties in accordance with the policies of the Shafter Police Department.  **Alternatively, the Shafter Police Department may file objections to this order within ten days of service of the order.**

  2. Any records produced by the Shafter Police Department pursuant to this order **SHALL** constitute "Confidential Records" under the existing Protective Order issued by this Court on August 25, 2020;

  3. Plaintiff's counsel **SHALL** serve this order on the Shafter Police Department and its counsel (and opposing counsel) via overnight mail or electronic mail so that it is received **no later than October 5, 2020**.

IT IS SO ORDERED.

 Dated: **September 29, 2020**    **/s/ Jennifer L. Thurston**
                UNITED STATES MAGISTRATE JUDGE