UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VASQUEZ, by and through his Guardian Ad Litem, Christina Garcia,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RICHLAND SCHOOL DISTRICT; PAUL MARTINEZ and DOES 1 TO 10, inclusive,<br><br>　　　　　Defendants. | Case No.:  1:19-cv-00327-LJO-JLT<br><br>**ORDER CONTINUING EXPERT DISCLOSURE DATES**<br><br>**(Doc. 46)** |

　　　　When the parties previously requested the Court amend the case schedule (Doc. 31), they failed to request the expert disclosure dates be amended as well. They have since discovered the error and now ask the Court to extend the disclosure dates to be consistent with the expert discovery deadline. (Doc. 46). Thus, the Court **ORDERS** the case schedule to be amended as follows:

　　　　1.　　The parties SHALL disclose their experts no later than January 8, 2021 and any rebuttal experts by February 5, 2021.

IT IS SO ORDERED.

　　Dated:   **October 7, 2020**　　　　　　　　 **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE