# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VASQUEZ, by and through his Guardian Ad Litem, Christina Garcia,<br><br>   Plaintiff,<br><br> vs.<br><br>RICHLAND SCHOOL DISTRICT, et al.,<br><br>   Defendants. | **Case No.:  1:19-cv-00327 JLT**<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 48)** |

The parties report that they have settled the matter contingent upon approval by the School Board and, if approved, will seek dismissal of the action soon thereafter. (Doc. 48 at 1-2) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action, if it is approved, **SHALL** be filed **no later than December 21, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **October 22, 2020**     **/s/ Jennifer L. Thurston**
                 UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28