# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VASQUEZ, by and through his Guardian Ad Litem, Christina Garcia,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICHLAND SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | **Case No.:  1:19-cv-00327 JLT**<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 48)** |

　　The parties have finalized terms of a settlement, and the plaintiff has filed a motion for approval of the minor's compromise (Doc. 50). The parties intend to seek a dismissal of the action soon after the motion is approved, if it is.  Id.  Thus, the Court **ORDERS**:

　　1.　　The stipulated request for dismissal of the action SHALL be filed within 21 days of the order granting the petition for the minor's compromise, assuming that the motion is granted.  If it is not granted, the Court will set a status conference.

IT IS SO ORDERED.

　　Dated:　**December 2, 2020**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE