UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VASQUEZ, by and through his guardian ad litem, CHRISTINA GARCIA,<br><br>   Plaintiff,<br><br>v.<br><br>RICHLAND SCHOOL DISTRICT, et al.,<br><br>   Defendants. | Case No.: 1:19-cv-0327 JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

On January 19, 2021, the Court granted the petitions for approval of the minor's compromise, and ordered the parties to "file a stipulation for dismissal of the action with prejudice, or a joint status report explaining why the stipulation has not been filed" within 45 days of the date of service  (Doc. 55 at 7)  Thus, the stipulation to dismiss was to be filed no later than March 5, 2021.  Nevertheless, the parties have not filed the stipulation or otherwise responded to the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  Local Rule 110.  "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may impose sanctions, including dismissal of an action with prejudice, based

on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to prosecute and comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (imposing sanctions for to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (imposing sanctions for failure to prosecute and to comply with local rules). Accordingly, **within fourteen days** the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order. Alternatively, **within 14 days** the parties may file the stipulation for dismissal of the action or joint status report.

IT IS SO ORDERED.

Dated:   **March 9, 2021**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE