UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VASQUEZ, by and through his guardian ad litem, CHRISTINA GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>RICHLAND SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 1:19-cv-0327 JLT<br><br>ORDER DISMISSING THE ACTION<br>(Doc. 58) |

The parties have stipulated to the action being dismissed with prejudice and with each side to bear their own fees and costs. (Doc. 58) Thus, the action is DISMISSED WITH PREJUDICE, and the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **March 21, 2021**                     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE